

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the matter of S.F., a child,

\* From the 326th District
Court of Taylor County,
Trial Court No. 39,082-C.

No. 11-15-00024-CV

\* March 20, 2015

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The cost incurred by reason of this appeal are taxed against Jeri Loney.